AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 06-CR-10404-DPW |
| MARILYN RONDAN | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Marilyn Rondan USM # 26306-038

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

I. Defendant shall not commit another federal, state, or local crime.

II. If ordered deported, the defendant shall leave the United States of America and not return without prior written permission of the Secretary of the Department of Homeland Security.

III. Defendant shall use his true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth, and any other pertinent identifying information.

Date: 04/20/2012

*Issuing officer's signature*

City and state: Boston, Massachusetts

Jarrett Lovett, Courtroom Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY USMS TX
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 06/28/2012

*Arresting officer's signature*

*Printed name and title*